IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MISTY M. CHINGREN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KEITH M. KELLY, )<br>)<br>Defendant. ) | 8:04CV370<br><br>ORDER |

    This matter is before the court on the motion of Robert A. Mooney, William M. Lamson, Jr. and the law firm of Lamson, Dugan and Murray, LLP, for leave to withdraw as counsel for plaintiff (#20). On July 7, 2005, David A. Domina and Timothy G. Himes, Sr., entered their appearances as substitute counsel (#24).

    **IT IS ORDERED:**

    1. The motion to withdraw (#20) is granted. Robert A. Mooney, William M. Lamson, Jr. and the law firm of Lamson, Dugan and Murray, LLP are given leave to withdraw as plaintiff's counsel.

    2. The August 4, 2005 hearing on the motion to withdraw is cancelled.

    3. Plaintiff is given until July 25, 2005 to respond to defendant's Objection to Plaintiff's Notice of Intent to serve Subpoena Duces Tecum (#21)

    **DATED July 8, 2005.**

                                            **BY THE COURT:**

                                            **s/ F.A. Gossett**
                                            **United States Magistrate Judge**