# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MISTY M. CHINGREN, | ) |
| Plaintiff, | ) |
| vs. | )   8:04CV370 |
| KEITH M. KELLY, | )   ORDER |
| Defendant. | ) |

This matter is before the court on defendant's OBJECTION TO NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM (#21) for defendant's bank records. Apparently, the notice was served by plaintiff's former attorneys on or about June 2, 2005; however, the notice was not filed of record. Plaintiff was given until July 25, 2005 to respond to the Objection. No response was filed.

Due to the change in counsel, I find that defendant's Objection should be sustained, but without prejudice to substitute counsel filing a renewed notice of intent to subpoena the records or requesting production of the records pursuant to a protective order. Arguments regarding relevancy and confidentiality may be raised at that time, as necessary.

**IT IS SO ORDERED.**

**DATED July 26, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**