# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MISTY M. CHINGREN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 8:04CV370 |
| | ) | |
| **KEITH M. KELLY,** | ) | **ORDER** |
| | ) | **RESCHEDULING** |
| Defendant. | ) | **TRIAL DATE** |
| | ) | |

On the court's own motion,

**IT IS ORDERED:**

1. The jury trial now set for February 21, 2006 is rescheduled to begin **Tuesday, February 7, 2006**, at 8:30 a.m. in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2. Counsel will receive more specific information regarding trial preparation from Judge Smith Camp.

**DATED September 13, 2005.**

                                            **BY THE COURT:**

                                            s/ F.A. Gossett
                                            **United States Magistrate Judge**