# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MISTY M. CHINGREN,       )<br>                          )<br>      Plaintiff,         )<br>                          )<br>   v.                     )<br>                          )<br>KEITH M. KELLY,           )<br>                          )<br>      Defendant.          )<br>                          ) | 8:04CV370<br><br>AMENDED<br>FINAL PROGRESSION ORDER |

For good cause shown,

**IT IS ORDERED** that the parties' JOINT MOTION TO EXTEND FINAL PROGRESSION ORDER DEADLINE AND RESCHEDULE TRIAL DATE (Filing 29) is granted, as follows:

1. **Deposition Deadline.** All depositions, whether or not they are intended to be used at trial, shall be completed by **February 10, 2006**. All interrogatories, requests for admission and requests for production or inspection, whether or not they are intended to be used at trial, shall be served sufficiently early to allow rule time response before that date. Counsel may stipulate to extensions of time to respond to discovery requests in accordance with Fed. R. Civ. P. 29, as amended, but such extensions shall not extend any of the dates in this order; any requests for extensions of any of the deadlines herein shall be made by appropriate motion and order.

2. **Expert Witnesses.** The plaintiff shall, as soon as practicable but not later than **November 1, 2005**, serve the defendant with the statement required by Fed. R. Civ. P. 26(a)(2) regarding each expert witness it expects to call to testify at trial pursuant to the provisions of Rule 702, 703 or 705, Fed. Rules of Evidence. The defendant shall serve the plaintiff with its statement of the expert witnesses it expects to call to testify pursuant to Rule 702, 703 or 705, Fed. Rules of Evidence, pursuant to Fed. R. Civ. P. 26(a)(2) as soon thereafter as practicable, but not later than **December 30, 2005**. If necessary to refute the disclosed opinions of an expert witness of an opponent, a party may disclose additional expert witnesses not later than fifteen (15) days prior to the date set for completion of depositions, provided that the disclosing party then provides all of the information described in Fed. R. Civ. P. Rule 26(a)(2) and makes the expert witness available for deposition prior to the date set for completion of deposition.

3. **Dispositive Motions.** All motions for summary judgment shall be filed on or before **March 10, 2006**. See NECivR 56.1 and 7.1.

4. **Pretrial Disclosures.** Pursuant to Fed. R. Civ. P. 26(a)(3), each party shall provide to all other parties the following information regarding the evidence that it may present at trial other than solely for impeachment purposes as soon as practicable but not later than the date specified:

   A. **Nonexpert Witnesses** - On or before **June 1, 2006**: The name, address and telephone number of each witness, separately identifying those whom the party expects to present and those whom the party may call if the need arises.

   B. **Deposition Testimony and Discovery** - On or before: **June 1, 2006**: 1) The portions of each deposition, designated by page and line, that it intends to offer and 2) each discovery response of another party it intends to offer. Such designations and any objections thereto shall also be included in the final pretrial conference order. *See* NECivR 16.2.

   C. **Trial Exhibits** - On or before **June 1, 2006**: A list of all exhibits it expects to offer by providing a numbered listing and permitting examination of such exhibits. The parties shall also designate on the list those exhibits it may offer only if the need arises.

5. **Motions in Limine.**

   A. Daubert Motions. Any motion in limine challenging the admissibility of testimony of an expert witness under Rule 702, Fed. Rules of Evidence shall be filed on or before **May 15, 2006**, in the absence of which any objection based upon said rule shall be deemed waived. *See Kumho Tire Co., Ltd. v. Carmichael*, 526 U.S. 137 (1999); *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993).

   B. Any other motions in limine shall be filed not later than **May 15, 2006.**

6. The Final Pretrial Conference with the undersigned magistrate is set for **June 5, 2006 at 10:00 a.m.**, in chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The final pretrial conference shall be attended by lead counsel for represented parties. Counsel shall complete prior to the pretrial conference, all items as directed in NECivR 16.2. By the time of the pretrial conference, full preparation for trial shall have been made so that trial may begin at any time during the session indicated below.

7. A Jury trial is set to commence at **8:30 a.m. on June 19, 2006,** in Omaha, Nebraska, before the Honorable Laurie Smith Camp.

8. On or before **May 1, 2006**, the parties are to provide a status report regarding settlement negotiation. The report shall be in the form of a letter to the court from the plaintiff on behalf of all of the parties.

9. **Motions to Alter Dates**. All requests for changes of date settings shall be directed to the undersigned magistrate judge by appropriate motion.

**DATED October 6, 2005.**

>BY THE COURT:
>
>s/ F.A. Gossett
>**United States Magistrate Judge**