IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MISTY M. CHINGREN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:04cv370 |
| vs. ) | |
| ) | ORDER |
| KEITH M. KELLY, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on its own motion, to reschedule the final pretrial conference.

**IT IS ORDERED:**

1. The court's Order [30] is amended **only** to reschedule the date and time of the final pretrial conference.

2. The final pretrial conference currently set for June 5, 2006 is rescheduled to **Tuesday, June 6, 2006, at 10:00 a.m.,** before the undersigned magistrate judge.

3. If this new date creates a conflict for counsel, please contact opposing counsel and the court at (402) 661-7340 to reschedule.

Dated this 3rd day of March 2006.

BY THE COURT:


S/ F. A. Gossett
United States Magistrate Judge