## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MISTY M. CHINGREN,** | **CASE NO. 8:04CV370** |
| **Plaintiff,** | |
| vs. | **ORDER** |
| **KEITH M. KELLY,** | |
| **Defendant.** | |

This matter is before the Court on the Defendant Keith M. Kelly's Motions in Limine (Filings No. 40 and 42). Although the Plaintiff, Misty M. Chingren, has submitted no opposition the motions, it is noted that on June 6, 2006, Plaintiff's counsel was permitted to withdraw and the Plaintiff was given until July 21, 2006, to retain new counsel. (See Minute Entry at Filing No. 49). The trial, formerly scheduled to commence on June 19, 2006, was continued, and a new progression order will be issued. Accordingly, the Defendant's Motions in Limine will be denied, without prejudice to reassertion within 60 days of the trial date that will be established under the new progression order.

IT IS ORDERED:

1. The Motions in Limine submitted by Defendant Keith M. Kelly (Filing Nos. 40 and 42) are denied, without prejudice to reassertion within 60 days of the trial date that will be set when a new progression order is issued.

DATED this 9th day of June, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge