## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MISTY M. CHINGREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:04CV370 |
| vs. | ) | |
| | ) | ORDER |
| KEITH M. KELLY, | ) | |
| | ) | |
| Defendant. | ) | |

On June 6, 2006, the plaintiff personally attended a hearing on her attorneys' Motion to Withdraw. Counsel were allowed to withdraw and plaintiff was given until July 21, 2006 to retain new counsel. Plaintiff was advised that if new counsel were not retained by July 21, she would be deemed as proceeding pro se. No substitute counsel timely entered an appearance. Therefore,

**IT IS ORDERED:**

1. Plaintiff, Misty M. Chingren, is hereby deemed to be proceeding *pro se*, i.e., without the assistance of counsel. Plaintiff is now personally responsible for prosecuting this case on her own behalf in accordance with the Federal Rules of Civil Procedure, the Local Rules of Practice, and the schedules set by the court.

2. The Clerk shall amend the records of the court to show that plaintiff is proceeding *pro se* and shall mail a copy of this order to Misty M. Chingren at her last known address.

**DATED July 25, 2006.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**