## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MISTY M. LARSON f/k/a MISTY M. CHINGREN, | ) ) ) | |
| Plaintiff, | ) ) | 8:04CV370 |
| vs. | ) ) | ORDER |
| KEITH M. KELLY, | ) ) | |
| Defendant. | ) | |

Upon consultation with the parties, and for good cause shown,

**IT IS ORDERED** that plaintiff's Motion to Continue Trial [62] is granted. The jury trial of this matter is continued from the week of January 8, 2007 to **Tuesday, February 27, 2007,** before Judge Laurie Smith Camp. Counsel are requested to inform the court as soon as is practicable if the new trial date presents an irreconcilable scheduling conflict.

**DATED December 19, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**