# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MISTY M. CHINGREN,** | ) | **CASE NO. 8:04CV370** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER GRANTING** |
| v. | ) | **DEFENDANT'S MOTION IN LIMINE** |
| | ) | |
| **KEITH M. KELLY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant Keith M. Kelly's Motion in Limine. Plaintiff Misty M. Larson, formerly known as Misty M. Chingren, has not opposed the motion. I have reviewed the motion, and I conclude that it should be, for the most part, granted. At this time, I shall deny that part of the motion that seeks to preclude an expert in chiropractic from providing opinions relative to physical therapies and to the reasonableness of expenses related to health services. Accordingly,

IT IS ORDERED:

The Defendant's Motion in Limine (Filing No. 61) is granted in part and denied in part as follows:

1. Plaintiff, Plaintiff's counsel, and her witnesses are precluded from making argument, making inquiry, and providing testimony related to the following subjects:

    a. The existence of insurance coverage;

    b. Offers of compromise or settlement;

    c. Expert opinions by a chiropractor on issues related the practice of medicine and prescription medications; and

    d. Defendant's wealth; and

2. The motion is denied without prejudice to reassertion at the time of trial in all other respects, although if Plaintiff seeks to raise these remaining issues, she must first do so outside the presence of the jury.

DATED this 19th day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge