IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MISTY M. CHINGREN, | ) | Case No. 8:04CV370 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| KEITH M. KELLY, | ) ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Cletus W. Blakeman, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **March 14, 2007,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The jury trial set for the week of February 26, 2007 is cancelled upon the representation that this case is settled.

Dated this 12th day of February 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge