IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MISTY M. CHINGREN,<br>n/k/a Misty M. Larson, | ) )<br>) | CASE NO. 8:04CV370 |
| Plaintiff, | ) ) | |
| | ) | ORDER OF DISMISSAL |
| V. | ) ) | |
| KEITH M. KELLY, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Joint Stipulation of Dismissal. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and will be granted. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation of Dismissal (Filing No. 70) is granted;

2. The Complaint and all claims asserted against any party in this matter are dismissed with prejudice; and

3. Each party shall pay his or her own costs and attorney fees unless otherwise agreed by and between the parties in writing.

DATED this 21st day of March, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge